UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANGELA McLOVE,

                Plaintiff,                                  Case No.  1:13-CV-32

v.                                                Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____/

**ORDER APPROVING**
**REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 5, 2015.  The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 5, 2015, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Plaintiff's counsel's petition for attorney's fees pursuant to 42 U.S.C. § 406(b) (dkt. # 20) is **GRANTED IN PART AND DENIED IN PART**.  Plaintiff's counsel is awarded attorney fees and costs in the amount of $5,577.46, pursuant to 42 U.S.C. § 406(b).

Dated:  February 6, 2015                        _____/s/ Gordon J. Quist_____
                                                 GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE